423 A.2d 1303

Commonwealth v. Jones, H., Appellant.

Argued June 25, 1979. Julius E. Fioravanti, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

628

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment of sentence affirmed.